**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA**

**IN RE: Wayne Lee Hicks, Sr.**                **CASE NO: 15-14677-SDR**
      **and Sheila Marie Hicks**

                                                            **Chapter 7**

      **Debtors.**

## ORDER GRANTING MOTION FOR RELIEF FROM STAY AND FOR ABANDONMENT

Before the Court is the Motion for Relief from Stay and for Abandonment filed by Specialized Loan Servicing LLC as servicer for Cascade Funding Mortgage Trust 2017-1 ("Movant), upon consideration and there being no opposition thereto, the Court hereby finds and orders as follows:

    1.    The automatic stay provisions of 11 U.S.C. Section 362 and Bankruptcy Rule 4001 (a)(3) should be, and hereby are, lifted with regard to the following: 514 County Road 415, Englewood, TN 37329.  Movant, its successor and assigns, is released to pursue its usual lawful remedies provided that the Movant shall account for, and return to the Trustee, any surplus over the balance due which may be realized upon liquidation of the property.  Debtors' and Trustee's interests are abandoned.

    2.    The provisions of Bankruptcy Rule 4001(a)(3) are hereby waived and Movant may proceed with its state law remedies.

    IT IS SO ORDERED.

1

APPROVED FOR ENTRY:

/s/  Renee G. Kammer
Renee G. Kammer
Marinosci Law Group, P.C.
50 Peabody Place, Suite 255
Memphis, TN 38103
P/901-203-0680
F/401-262-2113


Parties to be served:
Debtors
Debtors' attorney
Chapter 7 Trustee
US Trustee
Parties on Matrix